**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00590-REB-MJW

CHARLES A. RUSSELL, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

OILSANDS QUEST INC. (f/k/a CANWEST PETROLEUM CORP.),
CHRISTOPHER H. HOPKINS,
T. MURRAY WILSON,
GARTH WONG, and
KARIM HIRJI,

    Defendants.

_____

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(ii)**
_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Charles A. Russell ("Plaintiff"), by and through counsel, defendant Oilsands Quest Inc. ("Oilsands"), and defendants Christopher H. Hopkins, T. Murray Wilson, Garth Wong, and Karim Hirji (collectively "Defendants"), through their counsel, hereby stipulate to the voluntary dismissal without prejudice of this action.  The parties state in support of this Stipulation the following:

    1.    On May 23, 2011, the United States District Court for the Southern District of New York entered an Order in the case of *Rubenstein v Oilsands Quest Inc.,* No. 11-cv-1288-JSR (the "*Rubenstein* Action") appointing the St. Lucie Group as Lead Plaintiff and Scott + Scott, LLP as Lead Counsel for Plaintiffs.

2. The *Rubenstein* Action concerns substantially similar claims to those brought in this action.

3. This Stipulation of dismissal is being filed before the Defendants have served either an answer or a motion for summary judgment.

4. The issue of class certification has not been raised before this Court.

5. The interests and claims of Plaintiff and the putative class will be fully represented by the St. Lucie Group's prosecution of the *Rubenstein* Action.

6. The parties and their respective counsel have conducted sufficient investigation to enable each party to determine that it is in the best interests of each party to enter into this Stipulation.

7. The parties believe that there is no need to give the putative class notice of this Stipulation of Voluntary Dismissal since the interests of such members will be fully protected by the continuation of the *Rubenstein* Action, their interests will not be adversely affected, there is no collusion, and the notice to all shareholders of the motion for dismissal would involve a needless expense and is not required by Rule 23(c).

8. The parties agree that the costs of this action shall be borne by the party that incurred them.

IT IS SO STIPULATED.

DATED: May 24, 2011

| DYER & BERENS LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| _s/  Jeffrey A. Berens_<br>Robert J. Dyer III<br>Jeffrey A. Berens<br>Darby K. Kennedy<br>303 East 17th Avenue, Suite 300<br>Denver, CO  80203<br>Telephone: (303) 861-1764<br>FAX: (303) 395-0393<br>Email: bob@dyerberens.com<br>Email: jeff@dyerberens.com<br>Email: darby@dyerberens.com<br><br>Attorneys for Plaintiff and Proposed Liaison Counsel for the Oilsands Quest Lead Plaintiff Group | _s/  Andrew G. Gordon_<br>Andrew G. Gordon<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>Telephone: (212) 373-3000<br>FAX: (212) 492-0090<br>Email: agordon@paulweiss.com<br><br>Attorney for Defendants Oilsands Quest Inc. (f/k/a Canwest Petroleum Corp.), Christopher H. Hopkins, T. Murray Wilson, Garth Wong, and Karim Hirji |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2011, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) w**ith the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List and further certify the foregoing document was served via e-mail on the following counsel, who are not CM/ECF participants:

Mary K. Blasy
Scott+Scott LLP
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone: (619) 233-4565
FAX: (619) 233-0508
Email:  mblasy@scott-scott.com


Robyn F. Tarnofsky
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
FAX: (212) 492-0090
Email: rtarnofsky@paulweiss.com

      *s/  Jeffrey A. Berens*
      Jeffrey A. Berens
      Attorney for Plaintiff
      DYER & BERENS LLP
      303 East 17th Avenue, Suite 300
      Denver, CO  80203
      Telephone: (303) 861-1764
      FAX: (303) 395-0393
      Email: jeff@dyerberens.com